**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**     ) | **CRIMINAL NO.** |
| ) | |
| v.     ) | Violations: |
| ) | 18 U.S.C. § 286 (Conspiracy to File |
| **AWETT TEDLA,**     ) | False Claims); |
| ) | 18 U.S.C. § 1343 (Wire Fraud); |
| **Defendant**     ) | 18 U.S.C. § 1028A (Aggravated Identity |
| ) | Theft); |
| ) | 18 U.S.C. § 2 (Aiding and Abetting) |
| ) | 26 U.S.C. § 7201 (Tax Evasion) |
| ) | 26 U.S.C. § 7206(2) (Aiding or Assisting |
| ) | in the Preparation of False Tax |
| ) | Returns) |

## **INDICTMENT**

The Grand Jury for the District of Columbia charges that:

### **Introduction**

At all times relevant to this Indictment:

1.      Defendant AWETT TEDLA was a resident of Indianapolis, Indiana and Falls Church, Virginia. Defendant AWETT TEDLA was a managing member of and held an ownership interest in Speedy Tax Services, L.L.C. ("Speedy Tax").

2.      Speedy Tax was a limited liability company registered in the District of Columbia and Indiana and operating in the District of Columbia, Maryland, and Indiana. Speedy Tax was an entity that was controlled by defendant AWETT TEDLA and offered tax preparation services to clients from storefront business locations in the District of Columbia and Maryland.

3.      Tax Time, L.L.C. ("Tax Time") was a limited liability company registered in the

District of Columbia and conducted business as Speedy Tax in the District of Columbia and Indiana.

4. Prosperity Venture Group, L.L.C. ("Prosperity") was a limited liability company registered in Indiana that was controlled by defendant AWETT TEDLA. Prosperity conducted business as Speedy Tax in the District of Columbia and Indiana.

5. A "means of identification" was any name or number that could be used, alone or in conjunction with any other information, to identify a specific individual, including a name, Social Security Number, or date of birth.

6. The Internal Revenue Service ("IRS") was an agency of the United States Department of the Treasury responsible for enforcing and administering the tax laws of the United States, and collecting taxes owed to the United States.

7. A Form 1040, U.S. Individual Income Tax Return ("Form 1040"), was a tax return filed with the IRS in the name of a taxpayer that reported, among other things, the taxpayer's income, deductions and credits, and the amount of tax owed or tax refund claimed.

8. A Schedule C, Profit or Loss From Business ("Schedule C"), was an IRS form that taxpayers attached to Forms 1040, when applicable, to report, among other things, income and expense from business entities treated as Sole Proprietorships pursuant to federal internal revenue laws.

9. The Earned Income Tax Credit ("EITC") was a refundable federal income tax credit for low- to moderate-income working individuals and families. When the EITC exceeded the amount of taxes owed, it resulted in a tax refund to those who claimed and qualified for the credit. The amount of an individual's EITC varied depending on, among other things, the individual's earned income and whether the individual had a qualifying dependent or dependents.

## COUNT ONE
**(Conspiracy to File False Claims)**

10. The factual allegations contained in Paragraphs 1 through 9 of this Indictment are re-alleged and incorporated herein.

11. Beginning on or about January 1, 2012, and continuing until in or about May 2016, in the District of Columbia and elsewhere, defendant

**AWETT TEDLA,**

Co-Conspirator Anthony Ferguson (not charged in this indictment), and others both known and unknown to the Grand Jury, agreed, combined, and conspired to defraud the United States by obtaining and aiding in obtaining the payment or allowance of false, fictitious and fraudulent claims on behalf of co-conspirators and others by submitting false claims for income tax refunds to the United States Department of Treasury through the IRS, in violation of Title 18, United States Code, Section 287.

**Manner and Means**

12. To accomplish the object of this conspiracy, defendant AWETT TEDLA, Anthony Ferguson, and others, both known and unknown to the Grand Jury, used the following manners and means, among others:

    a. Defendant AWETT TEDLA, Anthony Ferguson, and others, both known and unknown to the Grand Jury, would and did obtain, solicit, and use the means of identification of co-conspirators and others, including their names and Social Security numbers, for the purpose of filing false federal income tax returns with the IRS and obtaining tax refunds to which they were not entitled.

b. Defendant AWETT TEDLA, and others prepared and electronically submitted to the IRS returns that falsely claimed that the purported taxpayers operated a Schedule C business and had income sufficient to claim the EITC, claimed the EITC, and claimed a tax refund based on the EITC.

c. The returns claimed fraudulent refunds from the IRS and Speedy Tax collected fees from the tax refunds. Defendant AWETT TEDLA charged more for the Speedy Tax preparation fees for fraudulent returns prepared as part of the relevant conspiracy.

All in violation of Title 18, United States Code, Section 286.

## COUNTS TWO AND THREE
### (Wire Fraud)

The Grand Jury for the District of Columbia further charges that:

13. The allegations in paragraphs 1 through 9 are re-alleged and incorporated herein.

14. Beginning on or about January 1, 2012, and continuing until in or about May 2016, in the District of Columbia and elsewhere, defendant AWETT TEDLA, Anthony Ferguson (not charged in this indictment), and others both known and unknown to the grand jury, devised and willfully participated in a scheme and artifice to defraud and obtain money by means of materially false and fraudulent pretenses, representations, and promises, with intent to defraud and knowledge of the scheme's fraudulent nature ("the scheme to defraud").

### Scheme to Defraud

15. It was part of the scheme to defraud that defendant AWETT TEDLA and Anthony Ferguson obtained the means of identification of INDIVIDUAL A, INDIVIDUAL B, and INDIVIDUAL C and used the means of identification to cause a false income tax return, Form 1040, to be prepared and filed with the IRS. Among other things, the Forms 1040 reported that

INDIVIDUAL A and INDIVIDUAL B earned income from fraudulent Schedule C businesses, improperly claimed INDIVIDUAL C as a qualifying dependent, and had income sufficient to generate a tax refund based on the EITC.

16. In furtherance of, and for the purpose of executing such scheme and artifice to defraud, in the District of the District of Columbia and elsewhere, the defendant

**AWETT TEDLA,**

knowingly caused to be transmitted by means of wire communications, as more particularly described below, in interstate commerce, to wit, from the Speedy Tax offices in the District of Columbia to the IRS Service Center in Ogden, Utah, certain writings, signs signals, pictures, and sounds:

| Count | Date of Wire Transmission | Description of Wire Transmission |
|---|---|---|
| 2 | January 22, 2015 | Submission of INDIVIDUAL A 2014 Form 1040 to IRS |
| 3 | January 27, 2016 | Submission of INDIVIDUAL B 2015 Form 1040 to IRS |

All in violation of Title 18, United States Code, Section 1343.

## COUNTS FOUR AND FIVE
### (Aggravated Identity Theft)

The Grand Jury for the District of Columbia further charges that:

17. The allegations in paragraphs 1 through 9, 14, 15, and 16, are re-alleged and incorporated herein.

18. On or about the dates set forth below, in the District of Columbia and elsewhere, the defendant,

**AWETT TEDLA,**

5

during and in relation to a felony violation enumerated in 18 U.S.C. § 1028A(c), did knowingly transfer, possess, and use the means of identification of another person without lawful authority, during and in relation to the offenses in this Indictment described as Related Counts, that is, she knowingly transferred, possessed, and used the name and Social Security Number of an actual person, INDIVIDUAL C, whose identity is known to the Grand Jury, to commit wire fraud in violation of 18 U.S.C. § 1343, by causing the Forms 1040 described below to be transmitted by means of wire communications, in interstate commerce:

| Count | Date | Related Counts | Description |
| --- | --- | --- | --- |
| 4 | January 22, 2015 | 2 | Use of Individual C's Means of Identification in Submission of INDIVIDUAL A 2014 Form 1040 to IRS |
| 5 | January 27, 2016 | 3 | Use of Individual C's Means of Identification in Submission of INDIVIDUAL B 2015 Form 1040 to IRS |

All in violation of Title 18, United States Code, Sections 1028A and 2.

## COUNTS SIX THROUGH EIGHT
### (Tax Evasion)

The Grand Jury for the District of Columbia further charges that:

19.     The allegations in paragraphs 1 through 9, 14, and 15 are re-alleged and incorporated herein.

20.     During the calendar years set forth below, in the District of the District of Columbia and elsewhere, the defendant,

**AWETT TEDLA,**

willfully and knowingly did attempt to evade and defeat a substantial part of the income taxes due and owing by her to the United States of America for the calendar years set forth below, by preparing and causing to be prepared, and by signing and causing to be signed, false and fraudulent Forms 1040 and attached Schedules C, which were submitted to the IRS. On the Forms 1040 set forth below, defendant AWETT TEDLA omitted income and thereby falsely understated her taxable income and tax due and owing for each calendar year for the amounts set forth below, and as a result there was substantial additional tax due and owing to the United States of America:

| Count | Calendar Year | Date Received by IRS | Taxable Income Reported | Tax Due and Owing Reported |
|---|---|---|---|---|
| 6 | 2014 | January 22, 2016 | $159,746 | $58,001 |
| 7 | 2015 | April 18, 2016 | $44,700 | $20,388 |
| 8 | 2016 | April 18, 2017 | $13,794 | $9,172 |

All in violation of Title 26, United States Code, Section 7201.

## COUNTS NINE THROUGH TWELVE
**(Aiding or Assisting in the Preparation of False Tax Returns)**

The Grand Jury for the District of Columbia further charges that:

21.     The allegations in paragraphs 1 through 9 are re-alleged and incorporated herein.

22.     On or about the dates set forth below, in the District of the District of Columbia and elsewhere, the defendant,

7

**AWETT TEDLA,**

did willfully aid and assist in, and procure, counsel, and advise the preparation and presentation of Forms 1040 to the IRS for defendant AWETT TEDLA for the calendar years hereinafter specified. The returns were false and fraudulent as to material matters, in that they represented that defendant AWETT TEDLA reported business income and Schedule C gross receipts in amounts hereinafter specified, whereas, as the defendant then and there knew, defendant AWETT TEDLA had received more business income and Schedule C gross receipts than that which she reported, as set forth below:

| Count | Tax Year | Approximate Date Filed with the IRS | False Items | Amount Claimed |
|---|---|---|---|---|
| **9** | 2013 | December 22, 2014 | a) Form 1040, Line 12, Business Income<br><br>b) Schedule C, Line 1, Speedy Tax Gross Receipts | a) $169,277<br><br>b) $1,154,883 |
| **10** | 2014 | January 22, 2016 | a) Form 1040, Line 12, Business Income<br><br>b) Schedule C, Line 1, Speedy Tax Gross Receipts | a) $208,649<br><br>b) $1,039,380 |

| Count | Tax Year | Approximate Date Filed with the IRS | False Items | Amount Claimed |
|---|---|---|---|---|
| **11** | 2015 | April 18, 2016 | a) Form 1040, Line 12, Business Income<br><br>b) Schedule C, Line 1, Speedy Tax Gross Receipts | a) $94,931<br><br><br><br>b) $892,810 |
| **12** | 2016 | April 18, 2017 | a) Form 1040, Line 12, Business Income<br><br>b) Schedule C, Line 1, Speedy Tax Gross | a) $53,568<br><br><br><br>b) $711,876 |

All in violation of Title 26, United States Code, Section 7206(2).

                                                A TRUE BILL

                                                _____
                                                FOREPERSON

                                                _____
                                                Date

_____
Gregory E. Tortella
Chief,
Tax Division, NCES
United States Department of Justice

9